UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                           :

S&P GLOBAL INC. d/b/a PLATTS,             :

                                                           : **ORDER**
                                        Plaintiff,       :

                  v.                                            : 21 Civ. 6739 (AKH)

WOOD MACKENZIE LIMITED,               :

                                      Defendant.     :

------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties, via letter dated March 9, 2022 (ECF No. 17), informed me that they have successfully negotiated a settlement. Accordingly, this case is dismissed. If the settlement is not consummated within 45 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to terminate ECF No. 17 and close the case.

        SO ORDERED.

Dated:        March 10, 2022                                   /s/ Alvin K. Hellerstein
                 New York, New York                         ALVIN K. HELLERSTEIN
                                                                             United States District Judge